THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LOUIS PAONESSA, Appellant.

Argued March 12, 1952; decided April 17, 1952.

*Stephen Bienieck* for appellant.

*Raymond C. Baratta, District Attorney (James E. Carroll, Jr.,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 560.]